

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00194-CV

## IN RE KEITH AND SERENA TINKER

---

## Original Proceeding

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

Intervenors' Motion for Extension of Time filed with this Court on July 10, 2017 is

granted. The Intervenors' response is due on August 15, 2017.

PER CURIAM

Before Chief Justice Gray,
   Justice Davis, and
   Justice Scoggins
Motion granted
Order delivered and filed July 19, 2017

